```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL J. SHALLER           :        CIVIL ACTION
                             :
        v.                   :
                             :
PAYSTAR INTERNATIONAL, LLC   :
et al.                       :        No. 09-2231

<u>ORDER</u>

AND NOW, this 20th day of October, 2009, upon consideration of plaintiff's amended request for default judgment (docket entry # 8), and the Court finding that, in order to determine the proper measure of damages, a hearing is necessary, it is hereby ORDERED that:

1. November 13, 2009, a hearing shall CONVENE at 11:00 a.m. in Courtroom 10B;

2. Counsel for plaintiff shall, by noon on October 21, 2006, SERVE this order on defendants; and

3. Plaintiff shall SUBMIT a proposed schedule of damages to the Court and to the defendant by November 6, 2009.

BY THE COURT:

<u>/s/ Stewart Dalzell, J.</u>